USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/26/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Andrew Toro, on behalf of himself and all others similarly situated,

                Plaintiff,

-against-

Silver and Pewter Gifts, LLC,

                Defendant.

---

1:22-cv-07643 (PGG) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

WHEREAS, the deadline for Defendant to respond to the Complaint was January 20, 2023 (*see* 1/6/2023 Order, ECF No. 12); and

WHEREAS, Defendant has failed to do so; and

WHEREAS, Defendant's counsel informed the Court and Plaintiff's counsel that, for financial reasons, Defendant does not intend to answer or otherwise respond to the Complaint.

NOW, THEREFORE, IT IS HEREBY ORDERED THAT Plaintiff shall seek a Clerk's Certificate of Default no later than Thursday, February 2, 2023.

**SO ORDERED.**

DATED:    New York, New York
                January 26, 2023

                                            _____
                                            STEWART D. AARON
                                            United States Magistrate Judge