UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDREW TORO, On Behalf of Himself and All Others Similarly Situated,

                Plaintiff,

-against-

SILVER AND PEWTER GIFTS, LLC,

                Defendant.

**ORDER**

22 Civ. 7643 (PGG) (SDA)

PAUL G. GARDEPHE, U.S.D.J.:

      The Complaint in this Americans with Disabilities Act case was filed on September 8, 2022.  (Cmplt. (Dkt. No. 1))  On September 12, 2022, this case was referred to Magistrate Judge Stewart D. Aaron for general pretrial supervision.  (Dkt. No. 5)  Defendant was served on October 24, 2022.  (Dkt. No. 6)  The Clerk of Court issued a Certificate of Default on February 3, 2023.  (Dkt. No. 16)  To date, Defendant has not responded to the Complaint.

      Accordingly, by **March 2, 2023**, Plaintiff will move for a default judgment against Defendant or show cause why this action should not be dismissed for failure to prosecute.  Any application for a default judgment must comply with this Court's Individual Rules of Practice for Civil Cases.

Dated:  New York, New York
         February 17, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge