UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDREW TORO, On Behalf of Himself
and All Others Similarly Situated,

                        Plaintiff,

            -against-

SILVER AND PEWTER GIFTS, LLC,

                        Defendant.

**ORDER**

22 Civ. 7643 (PGG) (SDA)

PAUL G. GARDEPHE, U.S.D.J.:

            The Court having been advised that Plaintiff intends to voluntarily dismiss this

action against all Defendants, the conference currently scheduled for today is adjourned sine die.

Plaintiff will file a notice of voluntary dismissal by **April 28, 2023**.

Dated:  New York, New York
            April 27, 2023

                                                SO ORDERED.

                                                _____
                                                Paul G. Gardephe
                                                United States District Judge