UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDREW TORO on behalf of himself
and all others similarly situated,

                Plaintiffs,

-against-

SILVER AND PEWTER GIFTS, LLC.

                Defendant.

Case No.  1:22-cv-7643

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) without prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:    Forest Hills, New York
             April 26, 2023

                                      Respectfully Submitted,

                                **/s/ Mars Khaimov**
                     By:   Mars Khaimov, Esq.
                          108-26 64th avenue, Second Floor
                          Forest Hills, New York 11375
                          Tel (929) 324-0717
                          Fax (929) 333-7774
                          Email: mars@khaimovlaw.com
                          *Attorney for Plaintiff*